Same case below, 625 F.3d 1224.

**No. 10-8610. Mourice Neal, Petitioner v. Karen Fort Hood, et al.**

563 U.S. 907, 131 S. Ct. 1790, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2483, ■

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8613. Billy Thornton, Jr., Petitioner v. Greg Harmon, Warden, et al.**

563 U.S. 907, 131 S. Ct. 1790, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2486.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8614. Christopher Zurcher, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.**

563 U.S. 907, 131 S. Ct. 1791, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2573.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 550.

**No. 10-8622. Dalton Loyd Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 907, 131 S. Ct. 1791, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2422.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8633. Rafeal Bean, aka Rafael Bean, Petitioner v. Thomas Perttu.**

563 U.S. 908, 131 S. Ct. 1791, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2532.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8634. Alfred W. Comer, Petitioner v. James Basinger, Superintendent, Wabash Valley Correctional Facility.**

563 U.S. 908, 131 S. Ct. 1791, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2542.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8635. Alton E. Dean, Petitioner v. Dennis B. Jones, et al.**

563 U.S. 908, 131 S. Ct. 1791, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2491.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.